FILED
CLERK, U.S. DISTRICT COURT
JUL 1 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL RODRIGUEZ, | NO. CV 07-5270 SVW (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| LARRY SCRIBNER, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 1, 2008.

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE